U.S. DISTRICT COURT JUDGE ROBERT J. BRYAN
U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINA S. PERRY, ) | |
| ) | No. C06-5494RJB |
| Plaintiff, ) | |
| ) | ORDER RE EXTENSION OF |
| v. ) | TIME ON BRIEFING SCHEDULE |
| ) | |
| JO ANNE B. BARNHART, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's Initial Brief:   January 23, 2007.

Defendant's Responsive Brief:   February 20, 2007.

Plaintiff's Reply Brief:   March 6, 2007.

DATED this 26th day of December, 2006.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

STEVEN M. ROBEY, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

Presented by:

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

## CERTIFICATE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David J. Burdett
    Special Assistance U.S. Attorney of Counsel
    Kathryn A. Miller
    Assistant Regional Counsel
    Social Security Administration
    Office of the General Counsel - Seattle, Region X
    701 Fifth Avenue, Suite 2900, M/S 901
    Seattle, Washington 98105-7075
    Telephone Number: (206)615-2522
    Facsimile Number: (206) 615-2531
    Email: david.burdett@ssa.gov

I also certify that I sent a copy of the Order re extending the briefing deadlines in WordPerfect Format to the U.S. Magistrate Judge J. Kelley Arnold via e-mail.

DATED December 26, 2006 at Bellingham, Washington.

    s/ Carmen Jones
    Carmen Jones
    Paralegal
    Law Office of Steven M. Robey, PS
    1414 F Street
    Bellingham, WA 98225
    Telephone: 360.676.2548
    Fax: 360.647.7838
    E-mail: robey@nas.com

ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 2