# United States District Court

WESTERN DISTRICT OF WASHINGTON

LINDA S. PERRY

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5494RJB

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

  That Plaintiff's objections are **OVERRULED**, and the Report and Recommendation of the magistrate judge (Dkt. 18) is **ADOPTED**. The final decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

| | |
|---|---|
|  June 26, 2007 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |  *s/CM Gonzalez* |
| | Deputy Clerk |